THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOMINIQUE SINCLAIR**                                                                                  **PLAINTIFF**

**v.**              **Case No. 4:21-cv-00183-KGB**

**SLEEP SCIENCE PENSACOLA GROUP,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Dominique Sinclair's complaint is dismissed (Dkt. No. 2).

So adjudged this the 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge